12-MC-05028-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAWANDA JOHNSON, <br><br> Defendant, <br><br> and <br><br> CALSTRS, <br><br> Garnishee. | No. <br> 12-MC-5028 BHS <br> (CR09-5703-2) <br><br> [PROPOSED] <br> ORDER TO ISSUE A WRIT OF <br> CONTINUING GARNISHMENT |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Calstrs, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Calstrs whose address is Attn: Accounting Department, P.O. Box 15275, Sacramento, CA 95857:

DATED this 11 day of June, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

Order to Issue Writ of Continuing Garnishment
U.S. v Lawanda Johnson and Calstrs (USDC# CR09-5703-2)
WP.380 (5) (SIG, CL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271