UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LAWANDA JOHNSON<br>　　　Defendant/Judgment Debtor,<br>And<br><br>CALSTRS, | CASE NO.  CR02-5102RBL<br><br>MINUTE ORDER |

NOW   on this 14th day of January 2013, the Court directs the Clerk to enter the following Minute Order:

For the reasons cited in the Government's opposition to the Motion for Refund of Money [Dkt 24, the Motion is DENIED.

The foregoing Minute Order entered by _____, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE

Minute Order - 1